Townshend *vs.* Townshend.—1839.

GROVERMAN AND WIFE *vs.* DIFFENDERFFER.—*June,* 1839.

After the affirmance of a decree *nisi* in this court, a motion for a diminution will be entertained, and if the court is satisfied that the record requires amendment, the decree will be stricken out for that purpose.

APPEAL from Chancery.

After a decree of affirmance *nisi* at this term, the appellants filed their affidavit, suggesting a diminution in the record, and moved the court to strike out the affirmance *nisi,* for the purpose of amending the record.

MOTION GRANTED.

---

SUSANNA TOWNSHEND, Executrix of DANIEL TOWNSHEND, *vs.* SAMUEL H. TOWNSHEND AND OTHERS.—*June,* 1839.

Where a feme sole executrix obtains a judgment from which there is an appeal, and pending the appeal she marries, an execution on the judgment after affirmance cannot issue without a scire facias making the husband a party.

Motion to quash a *fi. fa.* from the Court of Appeals.

It appeared in this case that, pending the appeal, *Susanna Townshend,* executrix, who had obtained the judgment, and in whose favor the writ of *fi. fa.* had been issued, had married, and her husband was now alive.

J. JOHNSON for the motion, contended that, a *scire facias* was necessary to make the husband a party, before the *fieri facias* could regularly be issued.

T. F. BOWIE contra.

By the court,—the motion must be granted.

FIERI FACIAS QUASHED.